AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**INFORMATION ASSOCIATED WITH EIGHT<br>FACEBOOK ACCOUNTS** | )<br>)<br>)  Case No.  MJ20-5136<br>)<br>)<br>) |

FILED _____ LODGED
_____ RECEIVED

**Jun 01, 2020**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein by reference.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1073 | Unlawful Flight to Avoid Prosecution |

The application is based on these facts:

See Affidavit of FBI Special Agent Terrance G. Postma, attached hereto and incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Terrance G. Postma, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:     06/01/2020

*Judge's signature*

City and state:   Tacoma, Washington

HON. J. RICHARD CREATURA, U.S. MAGISTRATE JUDGE

*Printed name and title*

# AFFIDAVIT

STATE OF WASHINGTON          )

                             )     ss

COUNTY OF PIERCE             )

I, Terrance G. Postma, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1.      I have been employed as a Special Agent of the FBI since June 2002 and am currently assigned to the Seattle Division's Tacoma Resident Agency.  I am responsible for investigations of violent crime, fugitives, and bank robbery.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to search the information described in Attachment A for the purpose of locating and apprehending Santiago Mederos who has a federal arrest warrant issued in the Western District of Washington for a charge of Unlawful Flight to Avoid Prosecution, Title 18, United States Code, Sections 1073 (MJ16-5179) arising from his flight from the Western District of Washington to avoid charges of murder, as described below.  There is also probable cause to search the information described in Attachment A for evidence in the fugitive investigation, as described in Attachment B.

## PURPOSE OF AFFIDAVIT

4.      I make this affidavit in support of an application for a search warrant for information associated with the following Facebook accounts ("Subject Accounts"):

1        (1)        Facebook user ID 100045392260014 (Subject Account 1), registered

2  under the username Claudia Perez,

3        (2)        Facebook user ID 100036795438133 (Subject Account 2), registered

4  under the username Antony Villa,

5        (3)        Facebook user ID 100027212567730 (Subject Account 3), registered

6  under the username Juan Pablo Olvera,

7        (4)        Facebook user ID 100033232150177 (Subject Account 4), registered

8  under the username Nico Olvera,

9        (5)        Facebook user ID 100034418213234 (Subject Account 5), registered

10  under the username Maricarmen Olvera,

11        (6)        Facebook user ID 100030779393705 (Subject Account 6), registered

12  under the username Diel Garcia,

13        (7)        Telephone number +52-4471126811 (Subject Account 7), and

14        (8)        Facebook user ID 100051612820819 (Subject Account 8), registered

15  under the username Antony Villa.

16       5.      All of the requested information is stored at premises owned, maintained,

17  controlled, or operated by Facebook, a social networking company headquartered in

18  Menlo Park, California.  The information to be searched is described in the following

19  paragraphs and in Attachment A.  This affidavit is made in support of an application for a

20  search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require

21  Facebook to disclose to the government records and other information in its possession,

22  pertaining to the subscriber or customer associated with Subject Accounts.

23               **PRIOR APPLICATIONS**

24       6.      A prior application was made for and the Court granted a prior search

25  warrant for Subject Account 1 on February 21, 2020 under MJ20-5029 and for Subject

26  Account 2 on February 7, 2020 under MJ20-5016.  The Court also issued a prior search

27  warrant for Subject Accounts 2 through 6 on February 14, 2020, under MJ20-5027.  The

28  Court also issued a prior search warrant for Subject Account 1 through 6 on March 16,

AFFIDAVIT OF TERRANCE POSTMA – 2
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    2020, under MJ20-5056 and MJ20-5057, on April 13, 2020, under MJ20-5077 and MJ20-

2    5078, on April 27, 2020, under MJ20-5094 and MJ20-5095, On May 12, 2020, under

3    MJ20-5113, on May 19, 2020, under MJ20-5121, and on May 27, 2020 under MJ20-

4    5128.  The Court issued a prior search warrant for subject Account 7 on May 12, 2020

5    under MJ20-5113.  The Court issued a prior search warrant for subject Account 8 on May

6    27, 2020, under MJ20-5128.

7    **SUMMARY OF PROBABLE CAUSE**

8        7.     In 2010, Santiago Mederos fled from Tacoma to Mexico after the murder

9    of Camille Love and Jose Lucas.  Santiago Mederos has outstanding warrants for the

10   respective murders, and this Court has charged him for violation of Unlawful Flight to

11   Avoid Prosecution, Title 18, United States Code, Sections 1073 on September 30, 2016

12   under Case No. MJ16-5179.

13        8.     As described below, investigation by law enforcement has led to a

14   Mexican phone number that is associated with a WhatsApp account whose profile photo

15   includes a photograph of Santiago Mederos and Claudia Perez.  Further search warrant

16   returns indicate a romantic relationship between the two individuals.  The user of the

17   Mexican phone number also has a Facebook Account 100040501718452, which has

18   shared a machine with Subject Account 2 (both accounts logged onto Facebook from the

19   same device).  Facebook Account 100040501718452 and Subject Account 2 are

20   registered under aliases of Santiago Mederos.  The remaining accounts are all related to

21   Facebook Account 100040501718452 and Subject Account 2 and to each other, as they

22   shared machine cookies with the other accounts as described in more detail below.

23    **STATEMENT OF PROBABLE CAUSE**

24    **A. SANTIAGO MEDEROS AND THE LOVE AND LUCAS MURDERS**

25        9.     On February 7, 2010, Tacoma Police Department (TPD) officers

26   responded to the 5900 block of Portland Avenue regarding a shooting.  At the scene, TPD

27   officers and detectives discovered that Camile Love was the shooting victim.  Love died

28   from the injuries sustained in the shooting.  Based on interviews of witnesses and

AFFIDAVIT OF TERRANCE POSTMA – 3
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  informants who admitted to participation in the shooting, the TPD detectives concluded

2  that Santiago Mederos was the prime suspect in Love's murder and that the shooting was

3  a result of a gang turf war.

4        10.    On March 25, 2010, a homicide occurred within the city of Tacoma,

5  Washington.  TPD detectives identified the homicide victim as Jose Saul Lucas and

6  identified the prime suspect in his murder as Santiago Mederos.  Based on interviews of

7  two witnesses, TPD detectives concluded that Santiago Mederos, a known member of the

8  Eastside Lokotes Sureños (ELS) gang, and four other ELS gang members went to the

9  residence of a rival gang member, Reynaldo Orozco, to collect money.  When they could

10  not find the rival gang member, they broke into and damaged Orozco's car, which was

11  parked at the residence.  When three individuals, who lived with Orozco, realized that the

12  ELS gang members were vandalizing Orozco's vehicle, they confronted the gang

13  members and a fight ensued.  While attempting to flee the scene, Santiago Mederos and

14  his accomplices fired a single gunshot, which struck and killed one of Orozco's

15  roommates, Jose Saul Lucas.

16        11.    As a result of their initial investigation, TPD detectives obtained an arrest

17  warrant for Santiago Mederos for his involvement in the homicide.  Further investigation,

18  to include interviews with witnesses, friends and family members, revealed that Santiago

19  Mederos is aware that he has a warrant for his arrest and has subsequently gone into

20  hiding.

21        12.    Ashley Rios, a friend of Santiago Mederos, stated in an interview with

22  TPD detectives that she travelled to Mexico with Santiago Mederos to his Aunt's

23  residence in Guerrero, Mexico, shortly after the Lucas murder.

24        13.    Efforts to date to locate Santiago Mederos in Mexico have been

25  unsuccessful.

26  **B. SUBJECT ACCOUNTS**

27        14.    **Summary of Subject Accounts**.  During the course of this investigation,

28  law enforcement located a Mexican phone number, +52-7341170819, which has been

AFFIDAVIT OF TERRANCE POSTMA – 4
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  used to contact Mederos family members and has been used for a WhatsApp account
2  with a profile picture of Santiago Mederos and Claudia Perez.  Prior search warrant
3  returns indicate that Santiago Mederos and Claudia Perez are in a romantic relationship
4  and in close proximity to each other.  That same Mexican phone number is associated
5  with Facebook Account 100040501718452.  Other information from Facebook generated
6  by warrants and orders of this Court have revealed a network of other accounts that share
7  "machine cookies" with Facebook Account 100040501718452 and with each other.  As
8  explained below, a machine cookie identifies the particular machine (phone, computer, or
9  tablet) used to access an account, and a shared cookie indicates that two accounts were
10 accessed on the same machine, which means the users are the same person or someone in
11 close proximity to the other user.  Thus, there is probable cause to believe that
12 information from each of the Subject Accounts contains evidence about the location of
13 Santiago Mederos.

14 **Background on Mederos's WhatsApp Profile**

15        15.      In the course of this investigation, law enforcement has reviewed
16 telephone records of members of the Mederos family and records of telephone numbers
17 that are in communication with members of the Mederos family.  In the course of
18 reviewing those records, law enforcement identified a number, +52-7341170819.
19 According to call records, the number ending in 0819 is in communication with
20 individuals who are close to the Mederos family.

21        16.      An online search of publicly available information indicate that the user
22 of the number ending in 0819 has a WhatsApp account under the same telephone
23 number.  The WhatsApp account included a public profile picture of an individual who
24 resembles Santiago Mederos and an unknown adult female that resembles Claudia Perez,
25 and an unknown juvenile female.

26        17.      Law enforcement has reviewed the WhatsApp profile picture associated
27 with the number ending in 0819 and observed that the male individual in the WhatsApp
28 profile picture has a tattoo on the right side of his neck and on his right shoulder.  These

AFFIDAVIT OF TERRANCE POSTMA – 5
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  tattoos and the appearance of the individual's face match a photograph of Santiago

2  Mederos that law enforcement obtained from a prior Facebook search warrant return in

3  this investigation.

4  **Subject Accounts 1 and 2**

5  18.      As explained below, law enforcement have identified the woman in

6  Mederos's WhatsApp profile as Claudia Perez, who is in a romantic relationship with

7  Santiago Mederos.  Law enforcement believe that Perez is probably the user of Subject

8  Account 1 and Mederos is probably the user of Subject Account 2.

9  19.      Law enforcement has reviewed the WhatsApp profile picture associated

10  with the number ending in 0819 and observed the hair of the adult female in the

11  WhatsApp profile picture is black in color and that the ends of the hair appear to be

12  colored blonde.  The hair and the appearance of the individual's face match pictures

13  posted to Subject Account 1.

14  20.      Based on review of records returned to investigators by Facebook, Inc.

15  pursuant to a search warrant issued by this Court, the user of the number ending in 0819

16  has a Facebook account with the registered username of "Antono Mendoza."  The user of

17  the Facebook account responded to a text sent to the Mexicon phone number +52-

18  7341170819 on August 10, 2019.  The date of birth provided by the account holder of the

19  "Antono Mendoza" Facebook account is June 5, 1990.  The birthdate of Santiago

20  Mederos is June 5, 1991.  Prior search warrant returns indicate that variations of the name

21  "Antonio," like "Antono," are common aliases for Santiago Mederos.

22  21.      Based on review of records returned to investigators by Facebook, Inc.

23  pursuant to a search warrant issued by this Court, the username of Subject Account 2 is

24  "Antony Villa."  Facebook records returned to investigators pursuant to search warrants

25  issued by this Court revealed that the username for two other Facebook accounts known

26  to have been previously used by Santiago Mederos are "Anthony Villa" and "Antonio

27  Villa," which is based on Mederos's other family name, Villalba.  The date of birth

28

1  provided by the account holder of the "Antony Villa" Facebook account is June 5, 1995.

2  The birthdate of Santiago Mederos is June 5, 1991.

3      22.     Based on review of records returned to investigators by Facebook, Inc.

4  pursuant to a search warrant issued by this Court, Facebook Account 100040501718452

5  and Subject Account 2 are linked by machine cookie, which means that two particular

6  accounts have been accessed by the same individual machine (e.g., two Facebook

7  accounts that have been accessed on the same phone).  Such a "link" between two

8  accounts indicates that the users are the same person or in close proximity to each other.

9      23.     Based on review of records returned to investigators by Facebook, Inc.

10  pursuant to a search warrant issued by this Court, the user of Subject Account 2 sent a

11  message to the user of Subject Account 1 on January 27, 2020.  The message when

12  translated says, "Rest and sweet dreams, my love.  I confess that I'm crazy in love with

13  you but I recognize that it makes no sense if you don't feel the same.  I love you, baby.

14  See you tomorrow."

15      24.     Based on review of records returned to investigators by Facebook, Inc.

16  pursuant to a search warrant issued by this Court the user of Subject Account 2 also sent

17  a message to the user of Subject Account 1 on January 30, 2020.   The message when

18  translated says, "Hello my love.  God willing, everything will be fine, my queen.  Cheer

19  up, baby.  I love you all, for real.  I want to apologize to you from the bottom of my heart

20  for how I am with you.  I know we barely talk anymore.  As you will say, it's not

21  possible because they are just looking after [us].  Never doubt that I love you and our four

22  babies.  You are my whole world.  I love you, you are the most beautiful and perfect

23  thing that God has given me."

24  **Subject Accounts 3 through 5**

25      25.     As explained below, law enforcement have also found three Facebook

26  accounts under the username "Olvera," who appear to be friends of Santiago Mederos.

27  The users also appear to be in close proximity with each other and with Mederos based

28  on machine cookie overlap.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

26.      Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court the username of Subject Account 3 is "Juan Pablo Olvera" and that the user of Subject Account 3 posted a photo to Subject Account 3 on February 1, 2020 that includes an individual that resembles Santiago Mederos.  Review of the photo reveals that an individual in the photo has tattoos on the right side of his neck.  The tattoos and the appearance of the individual's face match a photograph of Santiago Mederos that law enforcement obtained from a prior Facebook search warrant return in this investigation.

27.      Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court the user of Subject Account 3 posted a photo to Subject Account 3 on December 2, 2019, that also includes an individual whose face matches a photograph of Santiago Mederos that law enforcement obtained from a prior Facebook search warrant in this investigation.

28.      Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court, Subject Account 2 (Mederos) and Subject Account 3 (Olvera) are linked by machine cookie.  Based on review of these same records Subject Account 2 and Subject Account 3 are also associated with mobile device Type LG-D693n, indicating that Subject Account 2 and Subject Account 3 have been accessed by this particular Mobile Device Type.

29.      Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court, the username of Subject Account 4 is "Nico Olvera" and on July 4, 2019, a photo was posted in Mobile Uploads to Subject Account 4 along with a caption posted in English that states, "Feeling happy with Antony Villa, Claudia Perez, and Rigoberto Olvera."  A viewer can click on each of the three names and will be directed to the Facebook account for that person.  If a user clicks on the name "Antony Villa," the user will be directed to Subject Account 2 (Mederos).  If the user clicks on the name "Claudia Perez," the user will be directed to an account used by Claudia Perez.  The picture that is posted depicts two adult males, one of whom

AFFIDAVIT OF TERRANCE POSTMA – 8
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   appears to be Santiago Mederos, one adult female who appears to be Claudia Perez, one

2   juvenile male, and two juvenile females standing in front of a pink wall.  A comment

3   posted in Spanish by Subject Account 2 (Mederos) translates as, "This is always

4   supporting the family in good times the bad and the worst but woe and want to simply

5   support them in their studies."

6          30.     Based on review of records returned to investigators by Facebook, Inc.

7   pursuant to a search warrant issued by this Court, Subject Account 3 and Subject Account

8   4 are linked by machine cookie, which means that these accounts have been accessed by

9   the same individual machine.  Such a "link" between two accounts indicates that the

10  users are the same person or in close proximity to each other.  Review of those same

11  records also reveals that Subject Account 2 (Mederos) and Subject Account 4 (Olvera)

12  are also linked by machine cookie.

13         31.     Based on review of records returned to investigators by Facebook, Inc.

14  pursuant to a search warrant issued by this Court, the username of Subject Account 5 is

15  "Maricarmen Olvera."  Open source research reveals that on February 8, 2012 the user of

16  Subject Account 5 updated their cover photo.  The user of Subject Account 2 liked the

17  February 8, 2012, cover photo.  Facebook records returned to investigators pursuant to a

18  search warrant issued by this Court revealed that the user of Subject Account 5 has the

19  same registered phone number as Facebook Account 100043012699881, registered under

20  the username "Antony Beltran," believed to be Santiago Mederos.  As mentioned, prior

21  search warrant returns indicate that variations of "Antonio," such as "Antony," are

22  common aliases for Santiago Mederos.  "Beltran" is a family name from Santiago

23  Mederos's paternal grandmother, Elena Fresnares Beltran, with whom, according to a

24  confidential human source, Santiago Mederos has previously resided with since fleeing to

25  Mexico.  The users of Subject Account 5 and Facebook Account 100043012699881

26  responded to a text from Facebook sent to the same phone number.

27         32.     Based on review of records returned to investigators by Facebook, Inc.

28  pursuant to a prior order of this Court, Subject Account 3 and Subject Account 4 shared

AFFIDAVIT OF TERRANCE POSTMA – 9
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

machine cookies with Subject Account 5, which means that these particular accounts have been accessed by the same individual machine as the others.  As mentioned, such a "link" between the accounts indicates that the users are the same person or in close proximity to each other.

### Subject Account 6

33.     As explained below, Subject Account 6 appears to be a Facebook account of a friend in close proximity to Claudia Perez, who, as described above, is in close proximity to Santiago Mederos.

34.     Based on review of records returned to investigators by Facebook, Inc. pursuant to a prior order of this Court, the username of Subject Account 6 is "Yadiel Garcia."  A profile picture posted to Subject Account 6 on February 12, 2020, is the same photo posted to Subject Account 1 as described earlier, and depicts Claudia Perez.  The user of Subject Account 6 posted a comment with the profile picture that states "te amo mi nina y mucho" which translates as, "I love you a lot my girl."

35.     Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court, Subject Account 6 and the user of Subject Account 5 engaged in a conversation on February 13, 2020.  During the conversation, the user of Subject Account 6 states, in translation, "You know I love you but you better take care of our baby and never tell her about me, take care of her Claudia."[1]  During the conversation, the user of Subject Account 6 referred to a baby and how difficult it is to be apart from the baby.  The user of the Facebook account with the username "Maricarmen Olvera" and the user of Subject Account 6 agree to meet on Sunday in "the garden."

36.     Another picture posted to Subject Account 6 on February 12, 2020, depicts an infant girl with the comment "no podre estar con tigo me bb pero siempre

---

[1] The original message is in Spanish, and I have used a translation service to translate the message into English in this Affidavit.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  pienso en ti dia adia no che tras noche" which translates, "I may not be able to be with
2  you, baby, but I think about you day after day and night after night."

3      37.     A profile photo posted to Subject Account 6 on February 5, 2020, depicts
4  what appears to be the same infant baby girl.  The user of Subject Account 6 posted a
5  comment with this profile picture that states "te amo mi bebita preciosa," which
6  translates, "I love you my precious baby."

7                            **Subject Account 7**

8      38.     As explained below, the user of Subject Account 7 has used the same
9  Internet Protocol (IP) address as Subject Account 2, believed to be used by Mederos,
10  which indicates that the user is the same person or someone in close proximity to
11  Mederos.

12     39.     Based on review of Facebook pen register trap and trace activity received
13  pursuant to an order of this Court IP address 200.68.129.125 was associated with activity
14  on Subject Account 2 at 02:51:41 UTC on May 7, 2020.

15     40.     Based on review of WhatsApp pen register trap and trace activity
16  received pursuant to an order of this Court IP address 200.68.129.125 was associated
17  with Subject Account 7 at 02:38:21 UTC on May 7, 2020.

18     41.     Based on review of Facebook pen register trap and trace activity received
19  pursuant to an order of this Court IP address 187.237.14.205 was associated with activity
20  on Subject Account 2 between 01:44:48 UTC and 9:56:29 UTC on May 9, 2020.

21     42.     Based on review of WhatsApp pen register trap and trace activity
22  received pursuant to an order of this Court IP address 187.237.14.205 was associated
23  with Subject Account 7 between 23:22:16 UTC on May 8, 2020 and 2:33:43 on May 9,
24  2020.

25     43.     Based on my training and experience I am aware that if two different
26  accounts utilize the same IP address at approximately the same time it is likely that the
27  users of the accounts are in close proximity to each other.

28

AFFIDAVIT OF TERRANCE POSTMA – 11
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

44.     Based on review of records returned to investigators by Facebook, Inc. pursuant to a search warrant issued by this Court On May 25, 2020 Subject Account 2 stated to Subject Account 1 "Te hablo si T leega marcar mi jefa le dices q deje la razon a este numero porfa 4471126811 si te lo agradezco cuidate si." which translated states "I am contacting you in case my mom calls you please let her know to message me at 4471126811. Thanks and take care."

## Subject Account 8

45.     As explained below, the username of Subject Account 8 is "Antony Villa" and law enforcement believes that the user of Subject Account 8 is Santiago Mederos.

46.     Based on review of records returned to investigators by Facebook, Inc. pursuant to an order of this Court, Subject Account 8 was created on May 22, 2020, with the username "Antony Villa," the same username of Subject Account 2, and an alias that Santiago Mederos has used for other Facebook accounts based on prior search warrant returns in this investigation.

47.     Based on review of records returned to investigators by Facebook, Inc. pursuant to an order of this Court, Subject Account 8 sent a message to Ashley Rios on May 22, 2020.  Ashley Rios stated in an interview with Tacoma Police Department detectives that she travelled with Santiago Mederos to his aunt's residence in Guerrero, Mexico, shortly after the Lucas murder.

48.     Based on review of records returned to investigators by Facebook, Inc. pursuant to an order of this Court, Subject Account 8 sent messages to Subject Account 1 on May 22, 2020.

49.     Based on review of information available to any Facebook user, Subject Account 8 has twelve friends to include Subject Account 1 and Subject Account 5. Based on these connections to other accounts associate with Santiago Mederos, the communications with a person who has traveled with Mederos since the Lucas murder,

AFFIDAVIT OF TERRANCE POSTMA – 12
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   and the Mederos alias, Subject Account 8 is likely Mederos or someone in close
2   communication or close proximity with him.

3   **C. FACEBOOK INFORMATION STORAGE**

4       50.     I am aware from my experience and training, and consultation with other
5   investigators, of the following information about Facebook:

6       51.     Facebook owns and operates a free-access social networking website of
7   the same name that can be accessed at http://www.facebook.com.  Facebook allows its
8   users to establish accounts with Facebook, and users can then use their accounts to share
9   written news, photographs, videos, and other information with other Facebook users, and
10  sometimes with the public.

11      52.     Facebook asks users to provide basic contact and personal identifying
12  information to Facebook, either during the registration process or thereafter.  This
13  information may include the user's full name, birth date, gender, contact e-mail
14  addresses, Facebook passwords, Facebook security questions and answers (for password
15  retrieval), physical address (including city, state, and zip code), telephone numbers,
16  screen names, websites, and other personal identifiers.  Facebook also assigns a user
17  identification number to each account.

18      53.     I know from speaking with other law enforcement that "cookies" are
19  small files placed by a server (such as those used by Facebook) on a device to track the
20  user and potentially verify a user's authentication status across multiple sites or
21  webpages.  This cookie could be unique to a particular account (e.g., the Facebook
22  account) or to a given device (e.g., the particular phone used to access the Facebook
23  account). The next time a user visits a particular site or server, the server will ask for
24  certain cookies to see if the server has interacted with that user before.  Cookies can also
25  be used to determine "machine cookie overlap," or multiple accounts that have been
26  accessed by the same individual machine (e.g., two Facebook accounts that have been
27  accessed on the same phone).  The machine cookie overlap thus allows Facebook to track
28  accounts that are "linked" to each other because the same user account (username on a

AFFIDAVIT OF TERRANCE POSTMA – 13
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    computer) on the same device accessed multiple Facebook accounts.  This can identify

2    either multiple Facebook accounts used by the same person or used by different people

3    sharing the same user account and device.  In either case, the machine cookie overlap

4    means that the users of the linked accounts are the same person or two people in close

5    proximity to each other.

6        54.    Facebook users may join one or more groups or networks to connect and

7    interact with other users who are members of the same group or network.  Facebook

8    assigns a group identification number to each group.  A Facebook user can also connect

9    directly with individual Facebook users by sending each user a "Friend Request."  If the

10   recipient of a "Friend Request" accepts the request, then the two users will become

11   "Friends" for purposes of Facebook and can exchange communications or view

12   information about each other.  Each Facebook user's account includes a list of that user's

13   "Friends" and a "News Feed," which highlights information about the user's "Friends,"

14   such as profile changes, upcoming events, and birthdays.

15       55.    Facebook users can select different levels of privacy for the

16   communications and information associated with their Facebook accounts.  By adjusting

17   these privacy settings, a Facebook user can make information available only to himself or

18   herself, to particular Facebook users, or to anyone with access to the Internet, including

19   people who are not Facebook users.  A Facebook user can also create "lists" of Facebook

20   friends to facilitate the application of these privacy settings.  Facebook accounts also

21   include other account settings that users can adjust to control, for example, the types of

22   notifications they receive from Facebook.

23       56.    Facebook users can create profiles that include photographs, lists of

24   personal interests, and other information.  Facebook users can also post "status" updates

25   about their whereabouts and actions, as well as links to videos, photographs, articles, and

26   other items available elsewhere on the Internet.  Facebook users can also post information

27   about upcoming "events," such as social occasions, by listing the event's time, location,

28   host, and guest list.  In addition, Facebook users can "check in" to particular locations or

AFFIDAVIT OF TERRANCE POSTMA – 14
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  add their geographic locations to their Facebook posts, thereby revealing their geographic

2  locations at particular dates and times.  A particular user's profile page also includes a

3  "Wall," which is a space where the user and his or her "Friends" can post messages,

4  attachments, and links that will typically be visible to anyone who can view the user's

5  profile.

6      57.    Facebook allows users to upload photos and videos.  It also provides users

7  the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is

8  tagged in a photo or video, he or she receives a notification of the tag and a link to see the

9  photo or video.  For Facebook's purposes, the photos and videos associated with a user's

10  account will include all photos and videos uploaded by that user that have not been

11  deleted, as well as all photos and videos uploaded by any user that have that user tagged

12  in them.

13      58.    Facebook users can exchange private messages on Facebook with other

14  users.  These messages, which are similar to e-mail messages, are sent to the recipient's

15  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well

16  as other information.  Facebook users can also post comments on the Facebook profiles

17  of other users or on their own profiles; such comments are typically associated with a

18  specific posting or item on the profile.  In addition, Facebook has a Chat feature that

19  allows users to send and receive instant messages through Facebook.  These chat

20  communications are stored in the chat history for the account.  Facebook also has a Video

21  Calling feature, and although Facebook does not record the calls themselves, it does keep

22  records of the date of each call.

23      59.    If a Facebook user does not want to interact with another user on

24  Facebook, the first user can "block" the second user from seeing his or her account.

25      60.    Facebook has a "like" feature that allows users to give positive feedback

26  or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as

27  well as webpages or content on third-party (i.e., non-Facebook) websites.  Facebook

28  users can also become "fans" of particular Facebook pages.

61.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

62.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

63.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

64.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

65.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

66.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

67.     Some Facebook pages are affiliated with groups of users, rather than one individual user.  Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter.  Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group.

Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

68.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

69.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

70.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

AFFIDAVIT OF TERRANCE POSTMA – 17
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

71.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.  I believe such information is likely to help me locate the fugitive described in this affidavit.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

72.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

73.     As indicated in the Motion for Nondisclosure and Motion to Seal that accompany this affidavit, the government requests, pursuant to the preclusion of notice provisions of Title 18, United States Code, Section 2705(b), that Facebook be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this warrant for such period as the Court deems appropriate.  The government submits that such an order is justified because notification of the existence of this Order would seriously jeopardize the ongoing investigation.  Such a disclosure would give the subscriber an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee or continue his flight from prosecution.

74.     It is further respectfully requested that this Court issue an order sealing all papers submitted in support of this application, including the application and search warrant until such dates as provided in the proposed Order.  I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation.  Premature disclosure of the contents of this affidavit and related

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  documents may have a significant and negative impact on the continuing investigation

2  and may severely jeopardize its effectiveness.

3                              **CONCLUSION**

4       75.      Based on the forgoing, I request that the Court issue the proposed search

5  warrant.  This Court has jurisdiction to issue the requested warrants because it is "a court

6  of competent jurisdiction" as defined by 18 U.S.C. § 2711.  *See* 18 U.S.C. §§ 2703(a),

7  (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .

8  that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

9  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not

10 required for the service or execution of these warrants.  Accordingly, by this Affidavit

11 and Search Warrant, I seek authority for the government to search all of the items

12 specified in Section I, Attachment B (attached hereto and incorporated by reference

13 herein) to the Warrant, and specifically to seize all of the data, documents and records

14 that are identified in Section II to that same Attachment.

16  _Terrance G. Postma_

17  TERRANCE G. POSTMA
    Special Agent
18  Federal Bureau of Investigation

20       The above-named agent provided a sworn statement attesting to the truth of the

21  contents of the foregoing affidavit on this 1st day of June, 2020.

24  HON. J. RICHARD CREATURA
    United States Magistrate Judge

AFFIDAVIT OF TERRANCE POSTMA – 19
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following accounts, each identified by Facebook user ID ("Subject Accounts"):

    (1)      Facebook user ID 100045392260014 (Subject Account 1),

    (2)      Facebook user ID 100036795438133 (Subject Account 2),

    (3)      Facebook user ID 100027212567730 (Subject Account 3),

    (4)      Facebook user ID 100033232150177 (Subject Account 4),

    (5)      Facebook user ID 100034418213234 (Subject Account 5),

    (6)      Facebook user ID 100030779393705 (Subject Account 6),

    (7)      Account(s) associated with telephone number +52-4471126811 (Subject Account 7), and

    (8)      Facebook user ID 100051612820819 (Subject Account 8),

For Subject Accounts 1 through 6, this warrant applies to all such information, created on or since **May 27, 2020**, that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

For Subject Account 7, this warrant applies to all such information, created on or since **May 12, 2020**, that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

For Subject Account 8, this warrant applies to all such information, created on or since **May 27, 2020**, that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

ATTACHMENT A
PROPERTY TO BE SEARCHED    – 1
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

A.   The following information about the customers or subscribers of the Subject Accounts:

(a)      User Neoprint - all user contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers associated with the current profile information, and all wall postings and messages to and from the user.

(b)      All activity logs for the Subject Accounts and all other documents showing the user's posts and other Facebook activities;

(c)      User photoprint and videos - all photos and videos uploaded, "liked", or tagged by the user, along with all photos uploaded by any user which have the user tagged in them, any associated photos or links to photos in their original format, including all original meta-data or "EXIF" information;

(d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend and family lists, including the friend and family Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All other records of communications and messages made or received by the user, including all private messages, chat history, calling history, and pending "Friend" requests;

(f)    All "check ins" and other location information;

(g)    I.P. Logs - all IP logs showing log-in and log-off and intraconnection I.P. activity including I.P. addresses and date/time stamps for account accesses as well as account creation I.P. address, date, and time.  Provide source port information for each I.P. log-in and log-off event for the Subject Accounts;

(h)    All records of the Subject Accounts' usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)    All information about the Facebook pages that each Subject Account is or was a "fan" of;

(j)    User Friends List/Information – provide a full list of all past and present friends for the Subject Accounts, including all messages and postings between accounts and listed friends;

(k)    All records of Facebook searches performed by the Subject Accounts;

(l)    All information about the user's access and use of Facebook Marketplace;

(m)    The types of service utilized by the user;

(n)    The length of service (including start date);

ATTACHMENT B
INFORMATION TO BE DISCLOSED                  – 2 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1      (o)     The means and source of payment for such service (including any credit

2              card or bank account number) and billing records;

3      (p)     All privacy settings and other account settings, including privacy settings

4              for individual Facebook posts and activities, and all records showing which

5              Facebook users have been blocked by the Subject Accounts;

6      (q)     All records pertaining to communications between Facebook and any

7              person regarding the user or the user's Facebook account, including

8              contacts with support services and records of actions taken;

9      (r)     Names (including subscriber names, Facebook user IDs, and screen

10            names);

11      (s)     Addresses (including mailing addresses, residential addresses, business

12            addresses, and e-mail addresses);

13      (t)     Local and long distance telephone connection records;

14      (u)     Push Tokens - any unique identifiers that would assist in identifying the

15            device(s) associated with the Subject Accounts, including push notification

16            tokens associated with the Subject Accounts (including Apple Push

17            Notification (APN), Google Cloud Messaging (GCM), Microsoft Push

18            Notification Service (MPNS), Windows Push Notification Service (WNS),

19            Amazon Device Messaging (ADM), and Baidu Cloud Push, phone

20            numbers, IMEI/ESN, serial numbers, instrument numbers), MAC

21            addresses, IP addresses, email addresses, and subscriber information;

22      (v)     Records of session times and durations, and the temporarily assigned

23            network addresses (such as Internet Protocol ("IP" addresses) associated

24            with those sessions along with time, type, machine (including MAC

25            addresses) cookie, city, region, country, device, and browser;

26      (w)    Facial recognition data;

27      (x)     Linked accounts;

28      (y)     Family members associated with the user of each Subject Account;

ATTACHMENT B
INFORMATION TO BE DISCLOSED     – 3 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(z)     Work of the user of each Subject Account;

(aa)    Telephone or instrument numbers or identities (including MAC addresses);

(bb)    Other subscriber numbers or identities (including temporarily assigned network addresses and registration IP addresses);

(cc)    User Contact Information – all user contact information input by the user including name, birthdate, contact email address(es), other related email addresses, address, city, state, zip code, all phone numbers, screen name(s), and website information, to include basic subscriber information and expanded subscriber information;

(dd)    Group Contact Information – a list of the user's currently registered groups;

(ee)    Location Information – all information pertaining to location data for the Subject Accounts, including but not limited to geo-location data and all other geo-tagging or geo-location related information;

(ff)    Device Information – all information pertaining to devices used to upload photos, posts, messages, or updates, including but not limited to Apple UDID, mobile phone number, mobile device ID numbers, and all other information related to the devices;

(gg)    Poke Information – all information pertaining to "pokes" initiated by or received by the Subject Accounts;

(hh)    Private Messages – all information pertaining to any and all private messages to include content, call logs, and location information for the Subject Accounts;

(ii)    Facebook Messenger – all information pertaining to any and all incoming and outgoing Facebook messenger text strings and conversations for the Subject Accounts; and

(jj)    All other account information including: any "about you" information, ads, apps and websites, calls and messages, comments, events, following and followers, friends, groups, likes and reactions, location history,

ATTACHMENT B
INFORMATION TO BE DISCLOSED          – 4 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

marketplace, messages, other activity, pages, payment history, photos and videos, posts, profile information, saved items, search history, security and login information, and "your places" information.

B.  All records and other information (not including the contents of communications) relating to the Subject Accounts, including:

(a)     Records of user activity for each connection activity for each connection made to or from the Subject Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination of Internet Protocol addresses;

(b)     Information about each communication sent or received by the Subject Accounts, including the date and time of the communication, the method of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and

(c)     Records of any Facebook accounts that are linked to the Subject Accounts by machine cookies (meaning all Facebook user IDs that logged into Facebook by the same machine or device as each Subject Account).

## II.     Information to be seized by the government

All information described above in Section I that relates to the ongoing fugitive investigation involving Santiago Mederos, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any content including e-mails, messages, texts, photographs (including metadata), videos (including metadata), visual images, documents, spreadsheets, address lists, contact lists or communications of any type which could be used to identify the user and or their location.

(b) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

ATTACHMENT B
INFORMATION TO BE DISCLOSED          – 5 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1      (c) All subscriber records associated with the Subject Accounts, including

2           name, address, local and long distance telephone connection records, or

3           records of session times and durations, length of service (including start

4           date) and types of service utilized, telephone or instrument number or other

5           subscriber number or identity, including any temporarily assigned network

6           address, and means and source of payment for such service including any

7           credit card or bank account number.

8      (d) Any and all other log records, including IP address captures, associated

9           with the Subject Accounts;

10     (e) Any records of communications between Facebook and any person about

11          issues relating to the account, such as technical problems, billing inquiries,

12          or complaints from other users about any of the Subject Accounts. This is

13          to include records of contacts between the subscriber and the provider's

14          support services, as well as records of any actions taken by the provider or

15          subscriber as a result of the communications.

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B
INFORMATION TO BE DISCLOSED     – 6 –
USAO #2016R01184

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct.  I am employed by Facebook, and my official title is _____.  I am a custodian of records for Facebook.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____        _____

Date                                   Signature

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800